IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER TYLER HILL
ADC #551960                                                                    PLAINTIFF

v.                              No. 2:24-cv-106-DPM

TYRAN MCCRADIC, Jail Administrator
and Deputy Sheriff, Arkansas County
Adult Detention Center; and DOES,
Lieutenant Denise, Correctional Officer
Ashley, Correctional Officer Triston,
Arkansas County Adult Detention Center                                         DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Hill hasn't filed an amended complaint; and the time to do so has passed. *Doc. 9*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 October 2024