IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER TYLER HILL
ADC #551960                                                                                          PLAINTIFF

v.                                    No. 2:24-cv-106-DPM

TYRAN MCCRADIC, Jail Administrator
and Deputy Sheriff, Arkansas County
Adult Detention Center; and DOES,
Lieutenant Denise, Correctional Officer
Ashley, Correctional Officer Triston,
Arkansas County Adult Detention Center                               DEFENDANTS

JUDGMENT

Hill's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 October 2024